**E-filed 5/1/07**

Justin Fok, Esq., CA State Bar #242272
Law Offices of Jean D. Chen
2107 N. 1st Street, #300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Genfa Pan

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| Genfa Pan | Case No. C 06-7732 JF |
| Plaintiff, | |
| v. | |
| **Michael Chertoff**, Secretary of the Department of Homeland Security; **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services; **David Still**, San Francisco District Director, United States Citizenship and Immigration Services; **Robert S. Mueller, III**, Director of the Federal Bureau of Investigation | **STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |
| Defendants | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to approval of the Court, to a 21 day extension of the Case Management Conference date in the above-entitled action. A Case Management Conference is currently scheduled for May 4, 2007 at 10:30 a.m.; counsel for Plaintiff will be unavailable on this date. The parties request a new Case Management Conference date of May 25, 2007. The parties submitted their Joint Case Management Statement on April 27, 2007, and

Stipulation to Extend Date of Case Management Conference
Case No. C 06-7732 JF

1

1 | will use this Statement for the re-scheduled Case Management Conference.

4 | DATED: April 30, 2007                                Respectfully Submitted,

_____/s/_____
Justin G. Fok
Attorney for Plaintiff

10 | DATED: April 30, 2007

_____/s/_____
Edward A. Olsen
Assistant U.S. Attorney

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:     5/1/07

_____
Jeremy Fogel
United States District Judge

Stipulation to Extend Date of Case Management Conference
Case No. C 06-7732 JF