**E-filed 5/30/07**

SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENFA PAN, | ) |
| | ) Case No. 06-7732 JF |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL CHERTOFF, Secretary of the | ) **STIPULATION TO BRIEFING** |
| Department of Homeland Security; | ) **SCHEDULE ON PARTIES' CROSS-** |
| EMILIO T. GONZALEZ, Director of United States | ) **MOTIONS FOR SUMMARY** |
| Citizenship and Immigration Services; | ) **JUDGMENT AND HEARING DATE;** |
| DAVID STILL, San Francisco District Director, | ) **AND [PROPOSED] ORDER** |
| United States Citizenship and Immigration | ) |
| Services; | ) |
| ROBERT MUELLER, Director of the Federal | ) |
| Bureau of Investigation, | ) |
| | ) |
| Defendants. | ) |

The plaintiff, by and through his attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to the following schedule and hearing date on the parties' cross-motions for summary judgment:

Plaintiff's Motion for Summary Judgment:     July 13, 2007

Defendants' Opposition/Cross-Motion:         July 27, 2007

Plaintiff's Reply/Opposition:                August 3, 2007

Defendants' Reply:                           August 17, 2007

STIPULATION TO BRIEFING SCHEDULE AND HEARING DATE
C06-7732-JF                    1

| | | |
|---|---|---|
| 1 | Hearing: | August 31, 2007, at 9:00 a.m. |
| 2 | | |
| 3 | | |
| 4 | Dated: May 25, 2007 | /s/<br>JUSTIN FOK |
| 5 | | Law Offices of Jean D. Chen<br>Attorneys for Plaintiffs |
| 6 | | |
| 7 | | |
| 8 | Dated: May 25, 2007 | /s/<br>EDWARD A. OLSEN |
| 9 | | Assistant United States Attorney<br>Attorney for Defendants |

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: May 30, 2007

_____
JEREMY FOGEL
United States District Judge

STIPULATION TO BRIEFING SCHEDULE AND HEARING DATE
C06-7732-JF                                    2