SCOTT N. SCHOOLS, SC SBN 9990  
United States Attorney  
JOANN M. SWANSON, CSBN 88143  
Assistant United States Attorney  
Chief, Civil Division  
EDWARD OLSEN, CSBN 214150  
Assistant United States Attorney  

   450 Golden Gate Avenue, Box 36055  
   San Francisco, California 94102  
   Telephone: (415) 436-6915  
   FAX: (415) 436-6927  

**E-filed 7/12/07**

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENFA PAN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services;<br>DAVID STILL, San Francisco District Director, United States Citizenship and Immigration Services,<br>ROBERT S. MUELLER, Director of the Federal Bureau of Investigation,<br><br>    Defendants. | No. C 06-7732 JF<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status applications (Form I-485).

    Each of the parties shall bear their own costs and fees.

///

///

1  Dated: July 9, 2007

Respectfully submitted,

EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendants

7  Dated: July 6, 2007

JUSTIN FOK
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  7/12/07

JEREMY FOGEL
United States District Judge

Stipulation to Dismiss
C06-7732 JF                                    2